## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Teamsters Local Union No. 727 Pension Fund, et al.

                              Plaintiff,

v.                                                  Case No.: 1:21−cv−05825

                                                               Honorable Robert W. Gettleman

Chicagoland Removals, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 9/15/2022 and continued to 10/18/2022 at 10:15 a.m. The parties report that a settlement has been reached in principle and request 30 days to get their Stipulation to Dismiss on file. The 10/18/2022 status hearing will be cancelled, and no one need call in if a stipulation to dismiss is filed prior to the hearing. To join the telephone status hearing, dial 888−273−3658 and enter access code 2217918. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.